IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:10-cr-00123-HRH-JDR |
| Plaintiff, | ) |
| vs. | ) **PROTECTIVE ORDER** |
| JOSE MANUEL NOYOLA-MARTINEZ, a/k/a "Scooby", ADAN E. BARRAGAN, a/k/a "Lalo", a/k/a "El Compa", ANTONIO LOERA ISIDRO, a/k/a "Tomato", a/k/a/ "Manuel Delrio", JAIR RIOS ROMERO a/k/a "Goofy", ARMANDO MONTANO-MORALES, JONATHAN MANUEL SANTANA, a/k/a "Flip", a/k/a "Janta", ALBARO RIVERA GARCIA, a/k/a "The Dude", CARLOS OLIVARES, and JUAN CARLOS RUBIO-MALDONADO, INES GUTIERREZ GASPAR, a/k/a "El Camaron", a/k/a "The Shrimp", PANFILO MORALES GONZALEZ, ANTONIO CARDENAS PEREZ, a/k/a "Perico", RICHARD J. LOSE, a/k/a "El Toro", a/k/a "The Bull", STEVEN J. HANSON, and DERLAND M. GEORGE, a/k/a "Yogi", | ) |
| Defendants. | |

Pursuant to hearing conducted on March 14, 2011 and having considered the motion [89] filed by the United States for a Protective Order pursuant to Federal Rule of Criminal Procedure 16(d)(1), the Court finds "good cause" to order the following restrictions on discovery.

(1) Any materials provided by the United States in discovery may be shared with the defendants and other members of the defense team, including other attorneys, staff, and investigators. However, such documents and recordings are not to be given to or played for any other individuals, except upon showing of good cause in a further application to the Court.

(2) The discovery materials under Protective Order may not be left at any correctional facility so that the defendants in custody can review same in an unsupervised and non-secure environment. The defendants, whether in custody or not, may not share such information in such documents or recordings with others who are not members of their defense team.

## MATERIALS ALREADY PRODUCED

On March 4, 2011, the government made available to defendants Santana and Olivares an initial set of discovery materials. These same materials were made available to defendant Noyola-Martinez on December 22, 2010, January 18, 2011, January 25, 2011 and March 4, 2011. Included in those initial materials were several search warrant applications, supporting affidavits, attachments, and the actual search

warrants issued by the Court. Those materials were provided in digital form, on a Compact Disc marked as CD #1 for defendants Santana and Olivares and on multiple compact discs for defendant Noyola-Martinez. The government has gone through those materials and requests that the following designated Bates numbered pages be subject to the protective order:

| BATES NUMBER DESCRIPTION | DESCRIPTION |
|---|---|
| 00000009-00000014 | Search Warrant Affidavit |
| SW_00000067-SW_00000071 | Search Warrant Affidavit |
| SW_00000081-SW_00000087 | Search Warrant Affidavit |
| SW_00000097-SW_000000103 | Search Warrant Affidavit |
| SW_00000110-SW_00000130 Search | Warrant Affidavit |
| SW_00000140-SW_00000160 | Search Warrant Affidavit |
| SW_00000175-SW_00000195 | Search Warrant Affidavit |
| SW_00000205-SW_00000225 | Search Warrant Affidavit |
| SW_00000223-SW_00000239 | Search Warrant Affidavit |
| SW_00000263-SW_00000267 | Search Warrant Affidavit |
| SW_00000291-SW_00000311 | Search Warrant Affidavit |
| SW_00000320-SW_00000340 | Search Warrant Affidavit |
| SW_00000362-SW_00000382 | Search Warrant Affidavit |
| SW_00000408-SW_00000428 | Search Warrant Affidavit |
| SW_00000446-SW_00000458 | Search Warrant Affidavit |
| SW_00000471-SW_00000483 | Search Warrant Affidavit |
| SW_00000496-SW_00000508 | Search Warrant Affidavit |

**MATERIALS TO BE PRODUCED**

As discussed at the respective hearings held on the government's motion for a protective order, several audio and video recordings that have previously been produced and several audio and video recordings that are ready to be produced in discovery are subject to the protective order. The following list of discovery items constitute the audio and video recordings:

| CD NUMBER | DESCRIPTION |
| --- | --- |
| CD #2 | Video |
| CD #3 | Video |
| CD #6 | Video |
| CD #7 | Audio |
| CD #8 | Video |
| CD #9 | Video |
| CD #10 | Video |
| CD #11 | Video |
| CD #13 | Audio/Video |
| CD #14 | Audio/Video |
| CD #16 | Video |
| CD #19 | Video |
| CD #21 | Video |
| CD #22 | Video |
| CD #23 | Video |
| CD #24 | Video |
| CD #25 | Video |
| CD #26 | Video |

With respect to any additional items provided in discovery, if the government

believes that any such materials should be subject to the protective order, the government will file an additional notice at the time that those materials are provided.

IT IS SO ORDERED.

DATED at Anchorage, Alaska, this 29th day of March, 2011.

                                /s/ John D. Roberts
                                JOHN D. ROBERTS
                                UNITED STATES MAGISTRATE JUDGE